# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 95-60797

IN RE:   MEDART, INC.,

Debtor.

MEDART, INC.,

Appellant,

versus

UNION PLANTERS NATIONAL BANK,

Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi

(4:94-CV-304-B)

July 12, 1996

Before POLITZ, Chief Judge, JOLLY and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal by Medart, Inc., of the affirmance of the district court of a ruling by the bankruptcy court that the funds in the Debt Service Reserve Fund should be utilized to pay the bondholders and not given to Medart.  Having considered the briefs and oral arguments of counsel and the

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

pertinent parts of the record, and finding no error, we AFFIRM.